```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF VIRGINIA
                         Norfolk Division
```

**KEVIN GREEN,**

      **Petitioner,**

      v.                                      CIVIL ACTION NO. 2:05cv340

**GENE M. JOHNSON, Director of the**
**Virginia Department of Corrections,**

      **Respondent.**

<u>ORDER</u>

This matter comes before the court on petitioner Kevin Green's ("Green") Motion for the Authorization of Compensation for Expert Services, filed December 14, 2006, pursuant to 18 U.S.C. § 3599. The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure, and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The report of the Magistrate Judge recommending the denial of Green's motion was filed on February 13, 2007.

By copy of the report and recommendation of the Magistrate Judge, the parties were advised of their right to file written objections thereto. The court has received no objections from either party to the Magistrate Judge's report and recommendation, and the time for filing same has expired.

The court does hereby **ADOPT** the findings and recommendations of the Magistrate Judge filed on February 13, 2007.  Accordingly, it is **ORDERED** that Green's Motion for the Authorization of Compensation for Expert Services is hereby **DENIED**.

The Clerk is **DIRECTED** to mail a copy of this Order to counsel for petitioner and respondent.

**IT IS SO ORDERED**.


/s/
Rebecca Beach Smith

Norfolk, Virginia

March 27, 2007